

**BANK LEUMI USA**®
MEMBER FDIC

**Talee Potter**
First Vice President
Associate General Counsel

October 8, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/15
```

**MEMO ENDORSED**

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

*[handwritten: No [signature] 10/13/15]*

Re:  *Elizabeth W. v. Empire HealthChoice Assurance, Inc., et al.;*
     Case No. 1:15-cv-05250 (CM)

Dear Judge McMahon:

    We are counsel for Defendant Bank Leumi USA Plan 15. ("BLUSA") in the above-referenced action.

    Defendant requests an enlargement of time, up to and including November 9, 2015 for Defendant BLUSA to answer, move or otherwise respond to Plaintiff's Complaint filed July 7, 2015("Complaint"). Plaintiff consents to this request.

    This is Defendant BLUSA's second request for adjournment or extension of time before this Court in this case.

    This letter-motion is made in good faith and will not prejudice Plaintiff.

Respectfully submitted,

Talee Zur (Potter)

562 Fifth Avenue
New York, NY 10036
212.626.1071
212.626.1195 fax
talee.potter@leumiusa.com
www.leumiusa.com

MEMBER FDIC

Honorable Colleen McMahon
August 6, 2015
Page 2

cc: via ECF
Lisa S. Kantor, Esq.
Counsel for Plaintiff Elizabeth W.

Peter S. Sessions, Esq.
Co-Counsel for Plaintiff Elizabeth W.

Sharon Hee Lee, Esq.
Co-Counsel for Plaintiff Elizabeth W.

Scott Madison Riemer, Esq.
Co-Counsel for Plaintiff Elizabeth W.

Matthew Aaronson, Esq.
Counsel for Co-Defendant Empire HealthChoice Assurance, Inc.