# KANTOR & KANTOR

19839 NORDHOFF STREET • NORTHRIDGE • CA 91324
TEL (818) 886-2525 • FAX (818) 350-6272
WWW.KANTORLAW.NET

MEMO ENDORSED

October 14, 2015

***By ECF***

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
(212) 805-6325

*[handwritten] 10/14/2015 This Schedule is fine. There will likely need to be no oral argument*

Re:   *Elizabeth W. v. Empire HealthChoice Assurance, Inc.*
      Stipulated Letter re Initial Pretrial Conference and Scheduling Order
      Case No. 15 Civ. 5250 (CM) (FM)

Dear Judge McMahon:

*[handwritten signature] Colleen McM.*

We serve as counsel for plaintiff in the above-referenced action. Pursuant to the Court's October 13, 2015 order regarding the scheduling of this ERISA benefits case, the parties have met and conferred and hereby propose that the Court adopt the following briefing schedule for this action:

| | |
|---|---|
| Opening summary judgment briefs: | December 16, 2015 |
| Opposition briefs: | January 15, 2016 |
| Reply briefs: | January 29, 2016 |
| Hearing on summary judgment: | To be determined by Court |

Thank you for your consideration of this matter.

Respectfully yours,

/s/ Peter S. Sessions

Peter S. Sessions, Esq.
Kantor & Kantor LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/14/15__

Hon. Colleen McMahon
Re: *Elizabeth W. v. Empire HealthChoice*, 15 CV 5250 (CM) (FM)
October 14, 2015
Page 2


cc:    Sharon H. Lee, Esq. (via e-mail)
        Scott M. Riemer, Esq. (via e-mail)
        Matthew J. Aaronson, Esq. (via e-mail)
        Ashley L. Thompson, Esq. (via e-mail)